**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

PANA HOUSING PARTNERS, L.P.,

Plaintiff,

v.

THE UNITED STATES

Defendant.

**File No. 06-13**
(**Judge George W. Miller**)

**JOINT STATUS REPORT**

Pursuant to the Court's Order of March 6, 2006, the parties respectfully submit the following Joint Status Report to apprise the Court of the status of their efforts to resolve this and numerous closely-related cases through the Court's Alternative Dispute Resolution ("ADR") pilot program.

The parties are pleased to report that (i) they have finalized the terms of their proposed settlement agreement; (ii) the Department of Agriculture has submitted its formal letter recommending the settlement; and (iii) the formal approval process within the Department of Justice is currently underway. The agreement encompasses over 250 Section 515 prepayment cases pending before the Court involving approximately 800 properties – including this case. The principal terms of this agreement were reached during the ADR conferences held before Judge Marian Blank Horn on May 8 through 9, 2006, and further status conferences were held on June 7, 2006, June 28, 2006, and August 1, 2006. The plaintiffs then formally submitted the agreement to defendant as an offer of settlement on August 23, 2006, after which status conference with Judge Horn were held on August 25, 2006 and September 27, 2006. A further

status conference is scheduled for October 19, 2006, at which time the parties will inform Judge Horn as to the status of the approval process within the Department of Justice.

Thus, the parties request that this matter continue to be stayed until the settlement agreement has been approved and executed by defendant. The parties will report to the Court once the approval process is complete.

Respectfully submitted,

**s/ Jeff H. Eckland**

JEFF H. ECKLAND
Mark J. Blando, Of Counsel
ECKLAND & BLANDO LLP
500 Lumber Exchange
10 South Fifth Street
Minneapolis, Minnesota 55402
Telephone: (612) 236-0160
Facsimile: (612) 236-0179

Jerry W. Snider, Of Counsel
William L. Roberts, Of Counsel
Mark D. Savin, Of Counsel
FAEGRE & BENSON LLP
2200 Wells Fargo Center
Minneapolis, MN 55402
Telephone: (612) 766-7000
Facsimile: (612) 766-1600

*Attorneys for Plaintiffs*

Dated: October 2, 2006

**Filed Electronically**
**with the consent of the**
**Attorney for Defendant**

PETER D. KEISLER
Assistant Attorney General

**s/ David M. Cohen**

DAVID M. COHEN
Director

**s/ Shalom Brilliant**

SHALOM BRILLIANT
Senior Trial Counsel
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, N.W.
Attn: Classification Unit
Room 8012
Washington, D.C. 20530
Telephone: (202) 305-7561
Facsimile: (202) 305-7643

*Attorneys for Defendant*