**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

---

PANA HOUSING PARTNERS, L.P.,

Plaintiff,

v.

THE UNITED STATES

Defendant.

**File No. 06-13**
(**Judge George W. Miller**)

---

**JOINT STATUS REPORT**

Pursuant to the Court's Order of March 6, 2006, the parties respectfully submit the following Joint Status Report to apprise the Court of the status of their efforts to resolve this and numerous closely-related cases through the Court's Alternative Dispute Resolution ("ADR") pilot program.

The parties are pleased to report that the approval process within the Department of Justice is now complete and that the parties' proposed settlement was approved on April 3, 2007. The parties are currently in the process of verifying the plaintiffs and properties included in the settlement, after which the agreement will be signed and the settlement process will be implemented.

The parties have conferred regarding the filing of this document, and counsel for defendant has represented to counsel for plaintiffs that defendant concurs in the contents of this Joint Status Report.

Dated: May 3, 2007

**Filed Electronically**

Respectfully submitted,

**s/ Jeff H. Eckland**

JEFF H. ECKLAND
Mark J. Blando, Of Counsel
ECKLAND & BLANDO LLP
500 Lumber Exchange
10 South Fifth Street
Minneapolis, Minnesota 55402
Telephone: (612) 236-0160
Facsimile: (612) 236-0179

Jerry W. Snider, Of Counsel
William L. Roberts, Of Counsel
FAEGRE & BENSON LLP
2200 Wells Fargo Center
Minneapolis, MN 55402
Telephone: (612) 766-7000
Facsimile: (612) 766-1600

*Attorneys for Plaintiffs*